UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| 79TH ACCLIVITI LLC,<br><br>Plaintiff,<br><br>v.<br><br>OWNERS INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:23-cv-14199 |

**JOINT STATUS REPORT**

Pursuant to the Court's order of December 26, 2023, Plaintiff, 79th Accliviti, LLC, and Defendant, Owners Insurance Company, by their respective counsel, submit the following joint status report:

Plaintiff has served its Rule 26(a)(1) Disclosures, Interrogatories, and Requests for Production to Defendant, and subpoenas to third parties Envista Forensics, Alliance Environmental Control, and RAC Adjustments.

While Defendant has responded to Plaintiff's discovery requests, it failed to produce its claim log notes. It also raised objections to Requests for Production Nos. 12 and 13, which objections should have been amended and additional documents should have been produced following the entry of the Agreed Confidentiality Order on February 13, 2024 [D.E. 19]. Defendant will supplement its production in light of the protective order, as well as produce any claim notes, by Thursday, March 21. The third-party entities have all responded to Plaintiff's subpoenas.

Plaintiff also made a settlement demand to Defendant, to which Defendant recently responded to. The parties contemplate continuing to engage in settlement discussions.

Dated: March 18, 2024

/s/ Edward Eshoo, Jr.
Edward Eshoo, Jr.
Christina M. Phillips
MERLIN LAW GROUP
181 West Madison, Suite 3475
Chicago, Illinois 60602
Telephone: (312) 260-0806
Facsimile: (312) 260-0808
eeshoo@merlinlawgroup.com
cphillips@merlinlawgroup.com
Attorneys for Plaintiff

/s/ Krysta Gumbiner
Krysta Gumbiner
Brian Talcott
DINSMORE & SHOHL, LLP
222 West Adams, Suite 3400
Chicago, Illinois 60606
Telephone: (312) 775-1743
Facsimile: (312) 372-6085
Krysta.Gumbiner@dinsmore.com
Brian.Talcott@dinsmore.com
Attorneys for Defendant