UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| 79TH ACCLIVITI LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-14199 |
| | ) | |
| OWNERS INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS**

The parties hereby stipulate and agree that all claims at issue in this matter have been resolved and should be dismissed with prejudice with each party to bear its own costs.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that all claims at issue are hereby settled and dismissed with prejudice with each party to bear its own costs.

/s/ Edward Eshoo, Jr.
Edward Eshoo, Jr.
Christina M. Phillips
MERLIN LAW GROUP
181 West Madison, Suite 3475
Chicago, Illinois 60602
Telephone: (312) 260-0806
Facsimile: (312) 260-0808
eeshoo@merlinlawgroup.com
cphillips@merlinlawgroup.com
Attorneys for Plaintiff

/s/ Krysta Gumbiner
Krysta Gumbiner
Brian Talcott
DINSMORE & SHOHL, LLP
222 West Adams, Suite 3400
Chicago, Illinois 60606
Telephone: (312) 775-1743
Facsimile: (312) 372-6085
Krysta.Gumbiner@dinsmore.com
Brian.Talcott@dinsmore.com
Attorneys for Defendant